IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2490-AP**

**LOUIS D. GERMAN,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

# ORDER

Kane, J.

    This matter is before the Court on Defendant's Motion to Dismiss (doc. #12), filed November 14, 2013. I have reviewed the motion and the response thereto. The Motion is **DENIED**.

    Dated this 23rd day of December, 2013.

                                BY THE COURT:

                                *s/John L. Kane*
                                John L. Kane, Senior Judge
                                United States District Court