UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: **13-cv-02490-JLK**

**LOUIS D. GERMAN,**

        Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

        Defendant.

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees (Doc. 28) Under 42 U.S.C. § 406(b) filed July 21st, 2015. The Motion is GRANTED.

The Court hereby

**ORDERS** that the Plaintiff's attorney, Frederick W. Newall, shall be entitled to receive, from Plaintiff's past due benefits, after subtraction for EAJA fees paid, an additional amount of $18,266.00 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 21st day of July, 2015.

        BY THE COURT:

        *John L. Kane*

        THE HONORABLE JOHN L. KANE
        SENIOR U.S. DISTRICT COURT JUDGE